# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand and seventeen.

Before:      Raymond J. Lohier, Jr.,
                   *Circuit Judge.*

_____

National Fuel Gas Supply Corporation, Empire Pipeline, Inc.,

       Petitioners,

v.

New York State Department of Environmental Conservation, *et al.*,

       Respondents.

_____

**ORDER**

Docket No. 17-1164

Petitioners move for expedited consideration of this petition for review and for the Court to adopt the proposed briefing schedule set forth in Petitioners' motion. Respondents do not oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties must comply with the following deadlines for the briefs and the appendix:

| | |
|---|---|
| Agency Record Filing Deadline: | May 31, 2017 |
| Petitioners' Page-Proof Opening Brief: | June 30, 2017 |
| Respondents' Page-Proof Brief: | August 4, 2017 |
| Petitioners' Page-Proof Reply Brief: | August 18, 2017 |
| Deferred Joint Appendix: | August 28, 2017 |
| Final-Form Briefs: | August 28, 2017 |

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

